### 21829. THOMPSON *v.* THE STATE.

DECIDED NOVEMBER 11, 1931.

*F. Joe Turner Jr.,* for plaintiff in error.
*John A. Boykin, solicitor-general, J. W. LeCraw,* contra.

### 21831. THOMPSON *v.* THE STATE.

BLOODWORTH, J. 1. In grounds of the motion for a new trial 1 to 7 inclusive there is nothing that requires the grant of a new trial.

2. The evidence amply authorized the verdict, and the refusal to grant a new trial was not error.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED NOVEMBER 11, 1931.

310

F. Joe Turner Jr., for plaintiff in error.
John A. Boykin, solicitor-general, J. W. LeCraw, contra.